THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE BROWN, Defendant-Appellant.

(No. 57650;

First District (3rd Division)—July 19, 1973.

PER CURIAM.

SCHWARTZ, J., took no part.

Willie Brown, *pro se.*

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.